# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frederick J Holt, Jr and Nancy J Holt <br> <u>Debtor(s)</u> | BKY. NO. 13-04392 RNO <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6153

                            Respectfully submitted,


                            <u>**/s/ Thomas Puleo**</u>
                            Thomas Puleo, Esquire
                            James C. Warmbrodt, Esquire
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 825-6306  FAX (215) 825-6406
                            Attorney for Movant/Applicant