Certificate Number: 13791-PAM-DE-021940867

Bankruptcy Case Number: 13-04392


13791-PAM-DE-021940867

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 30, 2013</u>, at <u>8:46</u> o'clock <u>AM EDT</u>, <u>Frederick J Holt</u> completed a course on personal financial management given <u>by internet</u> by <u>DebtorWise Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 30, 2013</u>　　　By: <u>/s/Ivon Leon</u>

　　　　　　　　　　　　　　　　Name: <u>Ivon Leon</u>

　　　　　　　　　　　　　　　　Title: <u>Counselor</u>