```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 13-04392-JJT
Frederick J Holt, Jr                                                Chapter 13
Nancy J Holt
       Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-5          User: DDunbar              Page 1 of 2            Date Rcvd: Jan 03, 2018
                              Form ID: 3180W             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db/jdb        +Frederick J Holt, Jr,    Nancy J Holt,    6311 Deer Drive S,    East Stroudsburg, PA 18302-8598
cr            +PNC MORTGAGE, A DIVISION OF PNC BANK, N.A, as serv,    attn Bankruptcy,    3232 Newmark Drive,
                Miamisburg, OH 45342-5421
4367001       +Garrick Cox, MD,    504 Valley Road,    Wayne, NJ 07470-3534
4367005       +Hamilton Law Group,    PO Box 90301,    Allentown, PA 18109-0301
4367009       +Law Firm of Allan C. Smith PC,    1276 Veterans Hwy,    Suite E-1,    Bristol, PA 19007-2597
4367010      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
              (address filed with court: Met-Ed,     PO Box 16001,    Reading, PA 19612-6001)
4400065       +Meted a First Energy Company,    c/o First Energy Corp,    331 Newman Springs Road,    Building 3,
                Red Bank, NJ 07701-6771
4367011        Michael Harrison, Esq.,    3155 State Route 10,    Suite 214,    Denville, NJ 07834-3430
4435793       +Middle Smithfield Township,    Lisa Philips, Sewer Coordinator,    147 Municipal Drive,
                East Stroudsburg, PA 18302-9519
4367012       +Middle Smithfield Twsp Sewer Dept,    Attn: Lisa Philips,    147 Municipal Drive,
                East Stroudsburg, PA 18302-9519
4402960       +PNC MORTGAGE,    3232 NEWMARK DRIVE,    MIAMISBURG OHIO 45342-5433
4367016       +PNC Mortgage,    6 N Main Street,    Dayton, OH 45402-1908
4367015        Pennsylvania Dept. Revenue,    Bureau of Compliance,    PO Box 280946,
                Harrisburg, PA 17128-0946
4387259        Pocono Cardiology Associates, PC,    c/o Hamilton Law Group,    PO Box 90301,
                Allentown, PA 18109-0301
4367017       +Pocono Medical Center,    206 E. Brown St.,    East Stroudsburg, PA 18301-3094
4367018        Pocono Medical Center,    PO Box 822009,    Philadelphia, PA 19182-2009
4367019       +Powell Inc,   1 Fisher Street,    Halifax, PA 17032-8845
4376468       +Ramin Ghobadi, MD,    c/o Michael Harrison, LLC,    3155 Rt. 10 East,    Suite 214,
                Denville, NJ 07834-3430
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4366999       +E-mail/Text: bk.notices@a1collectionagency.com Jan 03 2018 18:46:46     A-1 Collection Agency,
                715 Horizon Drive,    Grand Junction, CO 81506-8700
4367000       +EDI: RESURGENT.COM Jan 03 2018 22:59:00      Cach LLC,    Attention: Bankruptcy,
                4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
4392041        EDI: BL-BECKET.COM Jan 03 2018 22:59:00      Capital One NA,    c/o Becket and Lee LLP,
                POB 3001,    Malvern PA 19355-0701
4367002       +EDI: RMSC.COM Jan 03 2018 22:59:00      GECRB/Home Design,    950 Forrer Blvd,
                Kettering, OH 45420-1469
4367003       +EDI: RMSC.COM Jan 03 2018 22:59:00      GECRB/JC Penny,    Attention: Bankruptcy,
                PO Box 103104,    Roswell, GA 30076-9104
4367004       +EDI: RMSC.COM Jan 03 2018 22:59:00      GECRB/Lowes,    Attn: Bankruptcy Dept,    PO Box 103104,
                Roswell, GA 30076-9104
4367006       +EDI: PHINHARRIS Jan 03 2018 22:58:00      Harris & Harris, Ltd,    111 W Jackson Blvd 400,
                Chicago, IL 60604-4135
4367007        EDI: IRS.COM Jan 03 2018 22:59:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
4367008       +EDI: CBSKOHLS.COM Jan 03 2018 22:58:00      Kohls/Capone,    N56 W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051-7096
4444582        E-mail/Text: robert.mclaughlin@kadiehl.com Jan 03 2018 18:46:46
                Lake of the Pines Community Association,    c/o K.A. Diehl, Inc.,    15 A.M. Hughes Blvd.,
                Covington Township, PA 18424
4367013       +E-mail/Text: Bankruptcies@nragroup.com Jan 03 2018 18:46:49      National Recovery Agency,
                2491 Paxton Street,    Harrisburg, PA 17111-1036
4407334        EDI: PRA.COM Jan 03 2018 22:58:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
4380285        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 03 2018 18:46:41
                Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                Harrisburg P A 17128-0946
4406313        EDI: Q3G.COM Jan 03 2018 22:59:00      Quantum3 Group LLC as agent for,    Quantum3 Funding LLC,
                PO Box 788,    Kirkland, WA 98083-0788
4367020       +E-mail/Text: bankruptcy@savit.com Jan 03 2018 18:46:49      Sa-vit Enterprises,
                46 W Ferris Street,    East Brunswick, NJ 08816-2159
4367021       +EDI: SEARS.COM Jan 03 2018 22:59:00      Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4367014      ##+NCO Financial,    PO Box 15636,    Wilmington, DE 19850-5636
                                                                                TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2018 at the address(es) listed below:
　　　　　Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
　　　　　James  Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
　　　　　Joshua I Goldman    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
　　　　　 bkgroup@kmllawgroup.com
　　　　　Kim M Diddio    on behalf of Debtor 2 Nancy J Holt kdiddio@diddiolaw.com,
　　　　　 kdiddio@gmail.com;r52326@notify.bestcase.com
　　　　　Kim M Diddio    on behalf of Debtor 1 Frederick J Holt, Jr kdiddio@diddiolaw.com,
　　　　　 kdiddio@gmail.com;r52326@notify.bestcase.com
　　　　　Thomas I Puleo    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
　　　　　 bkgroup@kmllawgroup.com
　　　　　United States Trustee    ustpregion03.ha.ecf@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Frederick J Holt Jr** | Social Security number or ITIN xxx–xx–7203 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Nancy J Holt** | Social Security number or ITIN xxx–xx–7110 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **5:13–bk–04392–JJT** | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frederick J Holt Jr
aka Frederick J Holt

Nancy J Holt
aka Nancy Holt, aka Nancy J McGoldrick

**By the court:** _[signature]_

January 3, 2018

Honorable John J. Thomas
United States Bankruptcy Judge

By: DDunbar, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

For more information, see page 2

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**