```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 13-04392-JJT
Frederick J Holt, Jr                                                Chapter 13
Nancy J Holt
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: DDunbar          Page 1 of 1          Date Rcvd: Mar 20, 2018
                              Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2018.
db/jdb        +Frederick J Holt, Jr,   Nancy J Holt,   6311 Deer Drive S,   East Stroudsburg, PA 18302-8598

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kim M Diddio    on behalf of Debtor 2 Nancy J Holt kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              Kim M Diddio    on behalf of Debtor 1 Frederick J Holt, Jr kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              Thomas I Puleo    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Frederick J Holt Jr<br>aka Frederick J Holt<br>6311 Deer Drive S<br>East Stroudsburg, PA 18302<br><br>Nancy J Holt<br>aka Nancy Holt, aka Nancy J McGoldrick<br>6311 Deer Drive S<br>East Stroudsburg, PA 18302 | Chapter 13<br>Case No. 5:13−bk−04392−JJT |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−7203
xxx−xx−7110

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: March 20, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk