```
                                  United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                                    Case No. 13-04392-JJT
Frederick J Holt, Jr
Nancy J Holt                                                              Chapter 13
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: DDunbar              Page 1 of 2              Date Rcvd: Aug 27, 2018
                              Form ID: pdf010            Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2018.
db/jdb        +Frederick J Holt, Jr,    Nancy J Holt,    6311 Deer Drive S,    East Stroudsburg, PA 18302-8598
cr            +PNC MORTGAGE, A DIVISION OF PNC BANK, N.A, as serv,     attn Bankruptcy,    3232 Newmark Drive,
                Miamisburg, OH 45342-5421
4392041        Capital One NA,   c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
4367001       +Garrick Cox, MD,    504 Valley Road,    Wayne, NJ 07470-3534
4367005       +Hamilton Law Group,    PO Box 90301,    Allentown, PA 18109-0301
4367009       +Law Firm of Allan C. Smith PC,    1276 Veterans Hwy,    Suite E-1,    Bristol, PA 19007-2597
4367010      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
              (address filed with court: Met-Ed,     PO Box 16001,    Reading, PA 19612-6001)
4400065       +Meted a First Energy Company,    c/o First Energy Corp,    331 Newman Springs Road,   Building 3,
                Red Bank, NJ 07701-6771
4367011        Michael Harrison, Esq.,    3155 State Route 10,    Suite 214,    Denville, NJ 07834-3430
4435793       +Middle Smithfield Township,    Lisa Philips, Sewer Coordinator,    147 Municipal Drive,
                East Stroudsburg, PA 18302-9519
4367012       +Middle Smithfield Twsp Sewer Dept,    Attn: Lisa Philips,    147 Municipal Drive,
                East Stroudsburg, PA 18302-9519
4402960       +PNC MORTGAGE,    3232 NEWMARK DRIVE,    MIAMISBURG OHIO 45342-5433
4367016       +PNC Mortgage,    6 N Main Street,    Dayton, OH 45402-1908
4367015        Pennsylvania Dept. Revenue,    Bureau of Compliance,    PO Box 280946,
                Harrisburg, PA 17128-0946
4387259        Pocono Cardiology Associates, PC,    c/o Hamilton Law Group,    PO Box 90301,
                Allentown, PA 18109-0301
4367018        Pocono Medical Center,    PO Box 822009,    Philadelphia, PA 19182-2009
4367017       +Pocono Medical Center,    206 E. Brown St.,    East Stroudsburg, PA 18301-3094
4367019       +Powell Inc,   1 Fisher Street,    Halifax, PA 17032-8845
4376468       +Ramin Ghobadi, MD,   c/o Michael Harrison, LLC,     3155 Rt. 10 East,    Suite 214,
                Denville, NJ 07834-3430
4367021       +Sears/CBNA,   PO Box 6282,    Sioux Falls, SD 57117-6282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4366999       +E-mail/Text: bk.notices@a1collectionagency.com Aug 27 2018 19:23:06     A-1 Collection Agency,
                715 Horizon Drive,   Grand Junction, CO 81506-8700
4367000       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2018 19:37:43     Cach LLC,
                Attention: Bankruptcy,   4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
4367002       +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2018 19:38:24     GECRB/Home Design,
                950 Forrer Blvd,   Kettering, OH 45420-1469
4367003       +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2018 19:38:24     GECRB/JC Penny,
                Attention:  Bankruptcy,   PO Box 103104,    Roswell, GA 30076-9104
4367004       +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2018 19:37:37     GECRB/Lowes,
                Attn: Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
4367006       +E-mail/Text: Harris@ebn.phinsolutions.com Aug 27 2018 19:23:25     Harris & Harris, Ltd,
                111 W Jackson Blvd 400,   Chicago, IL 60604-4135
4367007        E-mail/Text: cio.bncmail@irs.gov Aug 27 2018 19:22:23     Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
4367008       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 27 2018 19:22:19     Kohls/Capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
4444582        E-mail/Text: robert.mclaughlin@kadiehl.com Aug 27 2018 19:23:06
                Lake of the Pines Community Association,    c/o K.A. Diehl, Inc.,    15 A.M. Hughes Blvd.,
                Covington Township, PA 18424
4367013       +E-mail/Text: Bankruptcies@nragroup.com Aug 27 2018 19:23:23     National Recovery Agency,
                2491 Paxton Street,   Harrisburg, PA 17111-1036
4407334        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2018 19:38:29
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4380285        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 27 2018 19:22:44
                Pennsylvania Department of Revenue,    Bankruptcy division,   P O Box 280946,
                Harrisburg P A 17128-0946
4406313        E-mail/Text: bnc-quantum@quantum3group.com Aug 27 2018 19:22:39
                Quantum3 Group LLC as agent for,    Quantum3 Funding LLC,   PO Box 788,
                Kirkland, WA  98083-0788
4367020       +E-mail/Text: bankruptcy@savit.com Aug 27 2018 19:23:20     Sa-vit Enterprises,
                46 W Ferris Street,   East Brunswick, NJ 08816-2159
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4367014      ##+NCO Financial,   PO Box 15636,   Wilmington, DE 19850-5636
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```
Case 5:13-bk-04392-JJT    Doc 50    Filed 08/29/18    Entered 08/30/18 00:49:22    Desc
Imaged Certificate of Notice    Page 1 of 3

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kim M Diddio    on behalf of Debtor 2 Nancy J Holt kdiddio@diddiolaw.com,
           kdiddio@gmail.com;r52326@notify.bestcase.com
          Kim M Diddio    on behalf of Debtor 1 Frederick J Holt, Jr kdiddio@diddiolaw.com,
           kdiddio@gmail.com;r52326@notify.bestcase.com
          Thomas I Puleo    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| FREDERICK J. HOLT , JR., and : | |
| NANCY J. HOLT : | Chapter 13 |
| Debtors : | Bk. No. 5:13-BK-04392 |
| : | |

**ORDER GRANTING CHAPTER 13 CASE REOPENED TO
ALLOW THE FILING OF AMENDED SCHEDULE B DISCLOSING
PERSONAL INJURY SETTLEMENT**

Upon consideration of the Debtors' Motion to Reopen the Chapter 13 Case to allow the filing of Amended Schedule B disclosing a Personal Injury Settlement Award it is hereby;

ORDERED that the above captioned Bankruptcy Case be reopened to allow the filing of an Amended Schedule B.

Dated: August 27, 2018         By the Court,

                              _____
                              John J. Thomas, Bankruptcy Judge (RPR)